IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM THOMAS MCCOY         *
                             *
                             *
v.                           *    Civil No. – JFM-15-2355
                             *
CHASE BANK                   *
                        ******

### MEMORANDUM

Plaintiff has instituted this action against defendant, claiming that defendant did not properly honor a so-called "EFT Instrument" sent to defendant by certified mail. Defendant has filed a motion to dismiss. The motion will be granted.

A document sent by certified mail does not constitute an electronic fund to transfer. *See* 15 U.S.C. §1693a(7); *Jackson v. WMC Mortgage Corp.*, No. 2:12-CV-02914-JPM-CG, 2013 WL 5550228, at *11 (W.D. Tenn. Oct. 8, 2013). Accordingly, plaintiff has failed to state a claim upon which relief can be granted.

A separate order dismissing this action is being entered herewith.

Date: Jun 28, 2016                    _____
                                      J. Frederick Motz
                                      United States District Judge

1